# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0187.  PAMELA L. POTTER v. STEPHEN H. POTTER.**

In July 2015, the trial court entered a final judgment and decree in this divorce action.  In October 2015, the court granted plaintiff Stephen Potter's motion for OCGA § 9-15-14 attorney fees, which the court assessed against Patrick G. Longhi, former counsel for defendant Pamela Potter.  Longhi filed a motion for reconsideration, which the trial court denied in November 2015.  Longhi then filed an application for discretionary appeal in this Court.  We lack jurisdiction.

The Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/05/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*